Arnold R. Levinson (State Bar No. 066583)
Terrence J. Coleman (State Bar No. 172183)
David Lilienstein (State Bar No. 218923)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: alevinson@pillsburylevinson.com, tcoleman@pillsburylevinson.com, dlilienstein@pillsburylevinson.com,
Attorneys for Plaintiff, SHEILA HENEGHAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA HENEGHAN,<br><br>          Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>          Defendants. | Case No.: C06-04869 PJH<br><br>STIPULATION OF DISMISSAL OF STATE LAW CAUSES OF ACTION (First and Second Causes of Action); AND [P~~ROPOSED~~] ORDER<br><br>The Hon. Phyllis Hamilton<br><br>Trial Date: Not assigned |

NOTICE TO THE COURT RE: STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to the Court's order at the November 9, 2006 Case Management Conference, as set forth in the Civil Minutes filed on November 13, 2006, Plaintiff Sheila Heneghan, by and through her attorneys of record, Pillsbury and Levinson, LLP, and Defendant Metropolitan Life Insurance Company and the Bestfoods Long Term Disability Plan, by through their attorneys of record, Sedgwick, Detert, Moran & Arnold LLP, have entered into the following stipulation of dismissal of the state law (non-ERISA) causes of action (First and Second Causes of Action) in Plaintiff's Complaint in this action.

1

into the following stipulation of dismissal of the state law (non-ERISA) causes of action (First and Second Causes of Action) in Plaintiff's Complaint in this action.

Accordingly, Plaintiff Sheila Heneghan hereby dismisses her state law causes of action: First Cause of Action for Breach of Contract; Second Cause of Action for Breach of the Covenant of Good Faith and Fair Dealing. This stipulation of dismissal does not affect Plaintiff's causes of action for benefits and equitable relief, pursuant to the Employee Retirement Income Security Act (ERISA).

Dated: January 10, 2007

By: _____
David M. Lilienstein
Pillsbury and Levinson, LLP
Attorney for Plaintiff,
SHEILA HENEGHAN

Dated: January ___, 2007

By: _____
Michael Westheimer
Sedgwick, Detert, Moran & Arnold LLP,
Attorneys for Defendant,
METROPOLITAN LIFE INSURANCE COMPANY

\* \* \*

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the Court hereby ORDERS that Plaintiff's state law causes of action for Breach of Contract (first cause of action) and Breach of the Covenant of Good Faith and Fair Dealing (second cause of action) are hereby dismissed.

IT IS SO ORDERED

DATED: January ___, 2007

_____
The Honorable Phyllis J. Hamilton

1  Accordingly, Plaintiff Sheila Heneghan hereby dismisses her state law causes of action:
2  First Cause of Action for Breach of Contract; Second Cause of Action for Breach of the
3  Covenant of Good Faith and Fair Dealing. This stipulation of dismissal does not affect
4  Plaintiff's causes of action for benefits and equitable relief, pursuant to the Employee Retirement
5  Income Security Act (ERISA).

7  Dated: January ___, 2007
                                    By: _____
8                                       David M. Lilienstein
9                                       Pillsbury and Levinson, LLP
                                        Attorney for Plaintiff,
10                                      SHEILA HENEGHAN

11 Dated: January 10, 2007
                                    By: _____
12                                      Michael Westheimer
13                                      Sedgwick, Detert, Moran & Arnold LLP,
                                        Attorneys for Defendant,
14                                      METROPOLITAN LIFE INSURANCE
                                        COMPANY
15                                                * * *
16  GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the Court
17  hereby ORDERS that Plaintiff's state law causes of action for Breach of Contract (first cause of
18  action) and Breach of the Covenant of Good Faith and Fair Dealing (second cause of action) are
19  hereby dismissed.
20  IT IS SO ORDERED

22  DATED: January 12, 2007

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2