UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEILA HENEGHAN,

    Plaintiff,

    v.

MERTOPOLITAN LIFE INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 06-4869 PJH

**ORDER RE REQUEST FOR ORDER SHORTENING TIME**

    The court is in receipt of the parties' stipulated request for an order shortening time to hear plaintiff's motion to enforce the settlement agreement in the above-entitled action. The court will permit briefing on shortened time, in accordance with the schedule set forth in the parties' stipulation. However, the court will review the briefs before deciding whether a hearing on March 14, 2007, is necessary, or whether a referral for a settlement conference might be preferable.

**IT IS SO ORDERED.**

Dated: February 27, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge