Arnold R. Levinson  (State Bar No. 066583)
Terrence J. Coleman  (State Bar No. 172183)
David M. Lilienstein  (State Bar No. 218923)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, Thirty-First Floor
San Francisco, California 94111
Telephone: (415) 433-8000
E-mail: alevinson@pillsburylevinson.com, tcoleman@pillsburylevinson.com
dlilienstein@pillsburylevinson.com

Attorneys for Plaintiff,
SHEILA HENEGHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA HENEGHAN )<br><br>   Plaintiff, )<br><br>v. )<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, BESTFOODS LONG TERM<br>DISABILITY PLAN and DOES 1 through<br>20, inclusive )<br><br>   Defendants. ) | Case No. C06-04869 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), and that each party shall bear her or its own costs and attorneys' fees.

1

1
2  Dated: April 24, 2007    PILLSBURY & LEVINSON, LLP
3
4              By:        /s/
5                 David M. Lilienstein
                 Attorneys for Plaintiff,
6                SHEILA HENEGHAN
7
8  Dated: April 24, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP
9
10             By:        /s/
                 Michael Westheimer
11               Attorneys for Defendants,
                 METROPOLITAN LIFE INSURANCE
12               COMPANY; BESTFOODS LONG TERM
                 DISABILITY PLAN
13
14
15
16
17      4/25/07        IT IS SO ORDERED
                       Judge Phyllis J. Hamilton
18                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
19
20
21
22
23
24
25
26
27
28

2

**Stipulation of Dismissal with Prejudice**                                          Case No. C06-04869 PJH